IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02410-ZLW-MJW

COLORADO MGP, INC., dba 3 MARGARITAS FAMILY MEXICAN RESTAURANT,

    Plaintiff,

v.

MICHAEL MUKASEY, Attorney General of the United States,
F. GERARD HEINAUER, Director, Nebraska Service Center of Citizenship and Immigration Service, and
MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security,

    Defendants.

---

## ORDER *GRANTING* JOINT MOTION TO VACATE AND RESET SCHEDULING/PLANNING CONFERENCE AND RELATED DEADLINES
(Docket No. 13)

---

The Court, having reviewed the Joint Motion to Vacate and Reset Scheduling/Planning Conference and Related Deadlines, and sufficient cause appearing, hereby GRANTS the motion. IT IS ORDERED THAT the Scheduling/Planning Conference set for January 26, 2009 at 1:30 p.m. is VACATED and RESET to March 17, 2009 @ 9:00 a.m in Courtroom A-502, Alfred A. Arraj US Courthouse, 901 19th Street, Denver CO 80294. The proposed Scheduling Order is Due on March 11, 2009.

Dated: January 23, 2009

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO